UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SENTENCING MINUTES

CASE NO. 09-20852-CR-GOLD   DATE 01/04/11   JUDGE ALAN S. GOLD

DEFT: EMILIO GONZALEZ-NEIRA   RPTR JOSEPH MILLIKAN   CLERK: Jacob M. Hasbun

DEF. COUNSEL SILVIA PINERA-VASQUEZ (apptd/retnd)   AUSA ALLYSON FRITZ + AUSA JARED E. DWYER

( ) DEFT. FAILED TO APPEAR-BENCH WARRANT ISSUED. BOND FORFEITED.

( ) SENTENCING CONT'D TO _____ AT _____ AT REQUEST OF _____

(✓) JUDGMENT/SENTENCE PROBATION
    AS TO COUNT  1  ~~IMPRISONMENT~~ FOR  1  YEAR. ~~MONTHS.~~
    AS TO COUNT _____ IMPRISONMENT FOR _____ MONTHS.
    AS TO COUNT _____ IMPRISONMENT FOR _____ MONTHS.
    AS TO COUNT _____ IMPRISONMENT FOR _____ MONTHS.
    AS TO COUNT _____ IMPRISONMENT FOR _____ MONTHS.

(✓) USPO RICARDO GARCIA / NO FINE IMPOSED / SPECIAL CONDITION: HOME DETENTION ELECTRONIC MONITORING FOR 156 DAYS. — SEE JUDGMENT FOR DETAILS. / FORFEITURE: 400 SONY PS2 VIDEO GAME CONSOLES. / 14 DAYS TO APPEAL /.

(✓) Assessment: $100.00. DUE IMMEDIATELY.

( ) DEFT. SHALL RECEIVE CREDIT FOR TIME SERVED IN FEDERAL CUSTODY.

( ) SUPERVISED RELEASE/SPECIAL PAROLE TERM: _____.

( ) THE DEFT IS REMANDED TO CUSTODY OF BOP FOR _____, THE MAXIMUM PROVIDED BY LAW, UNDER 18:4205(c) FOR STUDY AND REPORT AS DESCRIBED BY 18:4205(d).

( ) VOLUNTARY SURRENDER AT INSTITUTION ON OR BEFORE _____

( ) DEFT. REMANDED TO CUSTODY OF U.S. MARSHAL TO COMMENCE SENTENCE

( ) DEFT. RELEASED ON PRESENT BOND PENDING SURRENDER/APPEAL.

( ) BOND ON APPEAL SET AT _____